# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CITY OF CHARLESTON, WEST VIRGINIA, et al.  Plaintiffs  v.  EXPRESS SCRIPTS HOLDING COMPANY, et al.  Defendants. | MDL No. 2804  Case No. 1:18-op-45984  JUDGE DAN A. POLSTER |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, The City of Huntington, West Virginia by and through their undersigned counsel of record hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendants: Express Scripts Holding Company, Express Scripts, Inc., Wal-Mart Stores East L.P., Kroger Limited Partnership I, Walgreen Co. Rite Aid of West Virginia, Inc. and West Virginia CVS Pharmacy, LLC.

Dated: August 11, 2019

/s/ John D. Hurst_____
John D. Hurst (WVSB #10861)
Motley Rice LLC
50 Clay St, Suite 1
Morgantown, WV 26501
Phone: (304) 413-0456
Fax: (304) 413-0458
Email: jhurst@motleyrice.com

Charles R. Webb (WVSB #4782)
Webb Law Centre
716 Lee Street East
Charleston, WV 25301
Phone: 304-344-9322
Fax: 304-344-1157
Email: rusty@rustywebb.com

Dennis C. Taylor (WVSB #6965)
Talcott Franklin P.C.
831 Fourth Avenue, Suite 201
Huntington, West Virginia 25701
Phone:  (304) 586-9847
Fax:  (800) 727-0659
Email:  dennis@talcottfranklin.com
Email:  dee@talcottfranklin.com

CITY OF HUNTINGTON

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CITY OF CHARLESTON, WEST VIRGINIA, et al. | MDL No.  2804 |
| Plaintiffs | Case No. 1:18-op-45984 |
| v. | JUDGE DAN A. POLSTER |
| EXPRESS SCRIPTS HOLDING COMPANY, et al. | |
| Defendants. | |

## CERTIFICATE OF SERVICE

This is to certify that I have caused to be served a true and correct copy of **NOTICE OF VOLUNTARY DISMISAL** upon counsel of record via *Northern District of Ohio – Document Filing System*, on this, the **11th** day of **August 2019**.

/s/ John D. Hurst_____
John D. Hurst (WVSB #10861)
Motley Rice LLC
50 Clay St, Suite 1
Morgantown, WV 26501
Phone: (304) 413-0456
Fax: (304) 413-0458
Email: jhurst@motleyrice.com

CITY OF HUNTINGTON